UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
MICHAEL RAZZANO, individually and on behalf of all other persons similarly situated who were employed by ANTONICO FOODS CORP. d/b/a LA BELLA MARKETPLACE, BELLA MIA FOODS INC., and PAUL PESCE, LEONARD PESCE and FRANK PESCE, individually,

Case No.: 14-cv-5639 (SJ) (SMG)

Plaintiff,

-against-

STIPULATION

ANTONICO FOODS CORP. d/b/a LA BELLA MARKETPLACE, BELLA MIA FOODS INC., and PAUL PESCE, LEONARD PESCE, FRANK PESCE, individually,

Defendants.
-------------------------------------------------------------------------X

**IT IS HEREBY STUPULATED AND AGREED** by and between the undersigned attorneys for the parties herein that the time for defendants ANTONICO FOODS CORP. d/b/a LA BELLA MARKETPLACE, BELLA MIA FOODS INC., and PAUL PESCE, LEONARD PESCE, FRANK PESCE ("Defendants") to respond to the First Amended Complaint is extended up to and including December 22, 2014.

**IT IS FURTHER STIPULATED AND AGREED** that Defendants hereby waive jurisdictions defenses; and

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed with facsimile/electronic signatures, which signatures shall be treated as original signatures for the purpose of this Stipulation.

Dated: New York, New York
November 18, 2014

| | | |
|---|---|---|
| VIRGINIA & AMBINDER, LLP | | PAUL T. GENTILE P.C. |
| *(signature)* | By: | *(signature)* |
| Alison Genova, Esq. | | Paul T. Gentile, Esq. |
| Lloyd Ambinder, Esq. | | Attorney for Defendants |
| Attorneys for Plaintiff | | 260 Madison Avenue, Floor 15 |
| 40 Broad Street, 7th Floor | | New York, New York 10016 |
| New York, New York 10004 | | 212-619-2700 |
| 212-943-9080 | | |